**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CONNEX ONE, INC.,

Plaintiff,

-against-

COMPLETE SENIOR BENEFITS, LLC,

Defendant.

-----------------------------------------------------------------X

**26 Civ. No. 3767 (JPC) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Tuesday, December 15, 2026 at 10:00 a.m.** with respect to the disputes raised in plaintiff's letter (see Dkt 39).

Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. **[Meeting ID: 214 630 721 008 530 1] [Passcode: mx9NA7sT].**

**SO ORDERED.**

DATED: New York, New York
November 24, 2026

The Honorable Gary Stein
United States Magistrate Judge